JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ACE EUROPEAN GROUP LIMITED, a foreign organization,<br><br>PLAINTIFF,<br><br>v.<br><br>NOLAN MITCHELL RANSDELL, an individual; AMANDA LEE WASVARY-RANSDELL, an individual and DOES 1-10,<br><br>DEFENDANTS. | Case No. CV14-3721-MWF (AJWx)<br><br>The Hon. Michael Fitzgerald<br><br>**JUDGMENT**<br><br>Trial Date: None Set |

In the above entitled cause, plaintiff ACE EUROPEAN GROUP LIMITED ("Plaintiff") and defendant NOLAN MITCHELL RANSDELL ("Defendant") entered into a written Stipulation for Entry of Judgment, a copy of which is attached hereto as **Exhibit 1** and incorporated herein by reference. (See also Dkt 29.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY ADJUDGED, ORDERED and DECREED** that Judgment be entered in favor of Plaintiff and against Defendant pursuant to the terms of the attached Stipulation for Entry of Judgment. Consistent with the terms of the attached Stipulation for Entry of Judgment, this Judgment will accrue statutory interest pursuant to 28 U.S.C. § 1961 until satisfied in full.

DATED:  September 22, 2015

_____
HON. MICHAEL W. FITZGERALD
Judge of the United States District Court
Central District of California

Submitted By:

SEDGWICK LLP
RALPH A. GUIRGIS, State Bar No. 143262
ralph.guirgis@sedgwicklaw.com
FREDERICK B. HAYES, State Bar No. 165315
fred.hayes@sedgwicklaw.com
3 Park Plaza, 17th Floor
Irvine, CA 92614-8540
Telephone: 949.852.8200
Facsimile: 949.852.8282

Attorneys for Plaintiff,
ACE EUROPEAN GROUP LIMITED